ZELIA, LLC

VERSUS

KIMBERLY ROBINSON, SECRETARY,
LOUISIANA DEPARTMENT OF REVENUE,
ET AL

NO. 19-CA-372

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 13, 2020

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Stephen J. Windhorst

### DENIED WITHOUT REASONS

**SJW**
**JGG**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>01/13/2020</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-CA-372**

### E-NOTIFIED

Cloyd F. Van Hook (Appellant)          Stephanie Le Grange (Appellee)

### MAILED

Louisiana Board of Tax Appeals
Post Office Box 3217
Baton Rouge, LA 70821

Debra D. Morris (Appellee)
Brian C. DeJean (Appellee)
Attorneys at Law
Louisiana Department of Revenue
Post Office Box 4064
Baton Rouge, LA 70821

Brett S. Lala (Appellant)
Attorney at Law
601 Poydras Street
Suite 2355
New Orleans, LA 70130

Miranda Y. Scroggins (Appellee)
Antonio C. Ferachi (Appellee)
Attorneys at Law
State of Louisiana
Department of Revenue
Post Office Box 4064
Baton Rouge, LA 70821

Drew M. Talbot (Appellee)
Danielle B. Clapinski (Appellee)
Attorneys at Law
Louisiana Department of Economic
Development
Post Office Box 94185
Baton Rouge, LA 70804-9185